UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FORMLABS, INC. and TREK BICYCLE
CORPORATION,

                        Plaintiffs,      **22 Civ. No. 00494 (CM) (GS)**

    -against-
                                                **VIDEO STATUS**
FLEXPORT INTERNATIONAL LLC,      **CONFERENCE ORDER**

                        Defendant,

    -and-

FLEXPORT INTERNATIONAL LLC,

                        Third-Party Plaintiff,

    -against-

M/V MAERSK ESSEN, JIAMOA INTERNATIONAL
SHIP LEASE COMPANY LIMITED, MAERSK A/S,
MSC MEDITERRANEAN SHIPPING CO. S.A., and
SHIPCO TRANSPORT INC.,

                        Third-Party Defendants.
----------------------------------------------------------------X
----------------------------------------------------------------X
TOKIO MARINE AMERICA
 INSURANCE COMPANY,

                        Plaintiff,      **22 Civ. No. 5950 (CM) (GS)**

    -against-
                                                **VIDEO STATUS**
FLEXPORT INTERNATIONAL LLC,      **CONFERENCE ORDER**

                        Defendant.
----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

A Video Status Conference regarding settlement is scheduled in the above-captioned cases for **Wednesday, February 28, 2024 at 2:00 p.m.** A business executive or in-house attorney for Flexport International LLC ("Flexport") who has personal knowledge of the circumstances relating to the proposed settlement must be present for the conference. Counsel and the Flexport representative are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID**: [287 102 829 719]; **Passcode**: [vg8Qsu].

**SO ORDERED.**

DATED:    New York, New York
          February 8, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge